**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MICHAEL OSEI** | * |
| **Plaintiff** | * |
| **vs.** | * **Civil Action No. DKC-15-2502** |
| **UNIVERSITY OF MARYLAND UNIVERSITY COLLEGE,** ***et al.*** | * |
| **Defendants** | * |

***    *    *    *    *    *    *    *    ***

**DEFENDANTS' MOTION TO DISMISS**
**FOR FAILURE TO STATE A CLAIM**

Defendants, by their attorneys, Brian E. Frosh, Attorney General of Maryland, and Corlie McCormick Jr., Assistant Attorney General, move pursuant to Fed. R. of Civ. P. 12(b)(6), to dismiss the Complaint because it fails to state a claim upon which relief can be granted. As grounds for the motion, the University refers the Court to its Memorandum in Support. A proposed Order follows.

Respectfully submitted,
BRIAN E. FROSH
Attorney General of Maryland

__________/s/____________
Corlie McCormick Jr. #28143
Assistant Attorney General
200 St. Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6450

Counsel for Defendants